UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                S1 23 CR 377 (PKC)

        -against-                                                      ORDER

ALBERT ALISHAYEV,

                         Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing originally scheduled for April 4, 2024 is adjourned to July 31, 2024 at 9:00 a.m. in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
         April 5, 2024