**SAPONE & PETRILLO, LLP**
40 Fulton Street / 17th Floor
New York, NY 10038
(O): (212) 349-9000
(E): ed@saponepetrillo.com
www.saponepetrillo.com

June 25, 2026

**BY ECF**
The Honorable P. Kevin Castel
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

*Re: United States of America v. Albert Alishayev*
*Docket No. 1:23-cr-00377-001*

Dear Judge Castel:

I am counsel to Defendant Albert Alishayev. His sentencing proceedings are scheduled for June 30, 2026. I respectfully request an adjournment to August 17, 2026 or any further date convenient to the Court.

I recently concluded a five-week jury trial that required me to reside near the courthouse for that time period. I have been obtaining materials relevant to my §3553(a) analysis as I write my sentencing memorandum for Your Honor's consideration, and I need additional time to gather the materials and complete my memorandum.

Mr. Alishayev is at liberty and continues to comply with all conditions of release set by Your Honor. The Government, by AUSA Ryan Allison, consents to this request.

Your Honor's consideration of this request is very much appreciated.

Respectfully submitted,

/s/ Edward V. Sapone

Edward V. Sapone (ES-2553)

cc: AUSA Ryan Allison (By ECF)