UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALBERT ALISHAYEV,

Defendant.

23-cr-377 (PKC)

ORDER

CASTEL, U.S.D.J:

The TIME for the sentencing scheduled on September 3, 2026 is moved up to 11:00 a.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 18, 2026