**SAPONE & PETRILLO, LLP**
40 Fulton Street / 17th Floor
New York, NY 10038
(o): (212) 349-9000
(e): ed@saponepetrillo.com

August 31, 2026

**BY ECF**
The Honorable P. Kevin Castel
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

*Re: United States of America v. Albert Alishayev*
*Docket No. 1:23-cr-00377-001*

Dear Judge Castel:

I am counsel to Defendant Albert Alishayev. His sentencing proceedings are scheduled for September 3, 2026. I respectfully request an adjournment to November 19, 2026 at 11:00 a.m.

I regret not making this request sooner, but I am recovering from a significant medical illness. My preparation for Mr. Alishayev's sentencing, including my sentencing memorandum, has necessitated my need to retain a forensic expert to assist me and with whom I have engaged in extensive work. I have obtained and analyzed an extraordinary amount of material relevant to sentencing and 18 U.S.C. §3553(a), and I need additional time to finish my analysis and memorandum.

Mr. Alishayev is at liberty and continues to comply with all conditions of release set by the Court.

The Government, by AUSA Ryan Allison, consents to this request.

I appreciate Your Honor's consideration of my request.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone (ES-2553)

cc: AUSA Ryan Allison (By ECF)